# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-116-MJR |
| ) | |
| PEOPLE OF THE UNITED STATES, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion to alter judgment and his motion for summary judgment (Doc. 13). By prior Order, the Court denied Plaintiff's motion to alter judgment. *See* (Doc. 12). It appears that the motion to alter judgment was inadvertently docketed twice. Regardless, the motion to alter judgment remains **DENIED**. Having previously dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915A (Docs. 9 and 10), Plaintiff's motion for summary judgment is also **DENIED**.

**IT IS SO ORDERED.**

**DATED this 13th day of December, 2007.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**